IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| RUBEN G. RENOVATO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) Civil Action No. |
| Defendant. | ) 6:04-CV-022-C |

## ORDER

 **THIS MATTER** comes before the court on the Report and Recommendation filed

September 2, 2005 (Doc. 19).  No written objections have been filed.

 **IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and

Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause

is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C.

§ 405(g).

 On remand, the ALJ shall evaluate and consider the evidence from Plaintiff's treatment

providers indicating that he has a shoulder impairment which limits the use of his upper

extremities, shall indicate whether any limitations are imposed by Plaintiff's shoulder

impairment, and shall indicate the weight accorded to the opinions of Plaintiff's treating

physician in accordance with 20 C.F.R. § 404.1527(d)(2) and *Newton*, 209 F.3d at 456.

 Dated September 22, 2005.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT